IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-02423-CMA-BNB | Date: February 12, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| PENNY COMPOSTO, | Wade Eldlridge |
| Plaintiff(s), | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Sheryl Anderson |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   1:27 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Motion by plaintiff to strike State Farm's Designation of plaintiff's employer as alleged at fault nonparty filed 1/23/09 (Doc. 13) is denied without prejudice as stated on the record.**

Court in Recess   1:59 p.m.   Hearing concluded.   Total time in Court:   00:32

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.