IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02423-CMA-BNB

PENNY COMPOSTO,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

_____

## ORDER
_____

This matter arises on the plaintiff's **Motion to Strike State Farm's Designation of Plaintiff's Employer as Alleged At Fault Nonparty** [Doc. # 13, filed 1/23/2009] (the "Motion to Strike"). I held a hearing on the Motion to Strike and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Strike is DENIED WITHOUT PREJUDICE as premature. The plaintiff may reassert the issue at an appropriate time after the nature of the claims, injuries, defenses, and bases for the nonparty at fault designation have been fully developed through discovery.

Dated February 12, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge