IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02423-CMA-BNB

PENNY COMPOSTO,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Motion for Leave to File its Amended Designation of Non-parties at Fault** [docket no. 21, filed February 19, 2009] (the "Motion"). The Court has been informed that plaintiff does not object to this motion. Therefore,

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing Exhibit A, State Farm's Amended Designation of Non-Parties at Fault.

IT IS FURTHER ORDERED that the hearing set for March 18, 2009, at 9:00 a.m. is **VACATED**.


DATED: March 17, 2009