**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02423-CMA-BNB

PENNY COMPOSTO,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

**ORDER GRANTING PARTIES STIPULATED MOTION TO DISMISS
PLAINTIFF'S SECOND CLAIM FOR RELIEF WITH PREJUDICE**

This matter is before the Court on the parties' Stipulated Motion To Dismiss Plaintiff's Second Claim for Relief With Prejudice (Doc. # 33).  The Court, having reviewed the Stipulated Motion and being otherwise fully apprised in the premises, hereby GRANTS the Stipulated Motion.

Plaintiff's Second Claim for Relief is hereby DISMISSED WITH PREJUDICE, each party to pay her or its own fees and costs.  It is

FURTHER ORDERED that Defendant's Motion To Dismiss Plaintiff's Second Claim for Relief (Doc. # 27) is DENIED as moot.

DATED:  May   19  , 2009

                                    BY THE COURT:

                                    *[signature]*

                                    CHRISTINE M. ARGUELLO
                                    United States District Judge