IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-02423-CMA-BNB | Date: June 19, 2009 |
| Courtroom Deputy: Kathleen Finney | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| PENNY COMPOSTO, | Wade Eldridge |
| Plaintiff(s), | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Sheryl Anderson |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   1:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's Motion for Protective Order [Doc. No. 39] and Plaintiff's Amended Motion for Protective Order [Doc. No. 42] are **GRANTED for reasons stated on the record.**

Court in Recess    2:17 p.m.    Hearing concluded.    Total time in Court:    00:43

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.