**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02423-CMA-BNB

PENNY COMPOSTO,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 66).  The Court having considered the Stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and fees.

DATED:  August __28__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge